# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00581-CR

### Ex parte Saul De Paz

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. C2015-1149X, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This is an appeal of the trial court's denial of an application for writ of habeas corpus seeking a pretrial bond reduction. Appellant's brief was due November 5, 2015. The brief has not been received and appellant's court-appointed attorney, Cathy S. Compton, did not respond to this Court's notice that the brief is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than December 31, 2015. *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered on this the 11th day of December, 2015.

Before Justices Puryear, Goodwin, and Bourland

Abated and Remanded

Filed:

Do Not Publish